```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                       Case No. 10-cr-40-01-PB

**Sharon Smith**

### O R D E R

The defendant has moved through counsel to continue the trial scheduled for July 7, 2010, citing a scheduling conflict and the need for additional time to resolve a pending immigration matter prior to trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 7, 2010 to October 5, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The June 30, 2010 final pretrial conference is continued to September 28, 2010 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

June 15, 2010

cc: Alfred J.T. Rubega, AUSA
    Jeffrey Levin, Esq.
    United States Probation
    United States Marshal