**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

    **v.**                                              Case No. 10-cr-40-PB

<u>**Sharon M. Smith**</u>


**<u>O R D E R</u>**

    The defendant, through counsel, has moved to continue the trial scheduled for October 5, 2010, citing the need for additional time to resolve immigration issues prior to trial. The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons, the court will continue the trial from October 5, 2010 to January 4, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 28, 2010 final pretrial conference is continued to December 20, 2010 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 16, 2010

cc:  Jeffrey Levin, Esq.
     Alfred J.T. Rubega, AUSA
     United States Probation
     United States Marshal